**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| STANLEY PIERRE, | : | |
| *Petitioner*, | : | Case No. 1:26-cv-1154 |
| v. | : | Judge Jeffery P. Hopkins |
| WARDEN, BUTLER COUNTY CORRECTIONS CENTER, *et al.*, | : | |
| *Respondents*. | : | |

# ORDER

Petitioner brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Petitioner from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to (1) immediately provide a copy of the petition and its accompanying papers, along with a copy of this Order, to the United States Marshal to promptly personally serve a Butler County Sheriff's Deputy in the Potter Stewart United States Courthouse. The Clerk is further **DIRECTED** to (2) serve a copy of the petition and its accompanying papers, along with a copy of this Order, by email to Kevin J. Gerrity at kevin.gerrity@bcohio.gov; by email to Patrick R. Oelrich at patrick.oelrich@bcohio.gov; and

[1] The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondents.

by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov. The Clerk is further **DIRECTED** to (3) promptly note proof of such service on the docket.

Counsel for Respondents shall promptly file a notice of appearance.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than November 19, 2026.

**IT IS SO ORDERED.**

November 12, 2026

Jeffery P. Hopkins
United States District Judge